UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TANUS CABINETS DESIGNS, INC., | ) | |
|           Plaintiff, | ) | Case No.:  2:14-cv-00059-GMN-VCF |
| vs. | ) | **ORDER ACCEPTING REPORT &** |
| | ) | **RECOMMENDATION OF MAGISTRATE** |
| CENTRAL TRANSPORT LLC, *et al.*, | ) | **JUDGE CAM FERENBACH** |
|           Defendants. | ) | |

      Pending before the Court is the Report and Recommendation (ECF No. 22) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 4, 2014.

      Pursuant to Local Rule IB 3-2(a), objections were due by June 21, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED and ADOPTED in full**.

      **IT IS THEREFORE ORDERED** that the Motion to Dismiss for Defective Service of Process (ECF Nos. 15, 16) filed by Defendant Blue Grace Logistics, LLC is **DENIED**.

      **DATED** this 24th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court