# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANUS CABINETS DESIGNS, INC., a Nevada Corporation,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>CENTRAL TRANSPORT, LLC, d/b/a CENTRAL TRANSPORT, a Limited Liability Company; BLUE GRACE LOGISTICS, LLC, a Limited Liability Company; and DOE CORPORATIONS I through XX,<br><br>　　　　　　　Defendants. | Case No.: 2:14-cv-00059-GMN-VCF<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Defendant Central Transport ("Central Transport") provide supplemental evidence in support of its Motion for Summary Judgment (ECF No. 35) that shows that either Plaintiff Tanus Cabinets Designs, Inc. ("Plaintiff") or Defendant Blue Grace Logistics, LLC ("Blue Grace") was given a reasonable opportunity to choose between two or more levels of liability. *See One Beacon Ins. Co. v. Haas Indus., Inc.*, 634 F.3d 1092, 1099 (9th Cir. 2011). Central Transport shall have until 5:00 PM on October 13, 2014, to file such evidence, and Plaintiff and Blue Grace shall have until October 20, 2014, to file a response.

**DATED** this 8th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge