UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TANUS CABINETS DESIGNS, INC., )
                              )
            Plaintiff,        )   Case No.: 2:14-cv-00059-GMN-VCF
   vs.                        )
                              )   **ORDER**
CENTRAL TRANSPORT, LLC, *et al.*, )
                              )
            Defendants.       )
                              )

On October 20, 2014, the Court dismissed Plaintiff's Amended Complaint (ECF No. 30) without prejudice as to Blue Grace and granted leave to file a second amended complaint by November 4, 2014. (Order, ECF No. 45)  That deadline has now elapsed and Plaintiff has failed to file an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Blue Grace are dismissed with prejudice.

**DATED** this 19th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court