*JOINTLY SUMBITTED*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANUS CABINETS DESIGNS, INC. a Nevada Corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>CENTRAL TRANSPORT, LLC, d/b/a CENTRAL TRANSPORT, a Limited Liability Company, BLUE GRACE LOGISTICS, LLC, A Limited Liability Company, DOE CORPORATIONS I through XX,<br><br>　　　　Defendants. | CASE NO: 2:14-cv-00059-GMN-VCF |

## JOINT STATEMENT

Pursuant to this Court's February 19, 2015, Minute Order [59], the parties submit the following Joint Statement:

The parties have been in settlement discussion. The parties have yet to reach a resolution. However, they have not reached an impasse either.

///

///

///

///

The parties request an additional two weeks until March 19, 2015, to submit a Joint Statement regarding the status of these ongoing discussions.

Dated this 3rd day of March 2015

LIPSON, NEILSON, COLE, SELTZER, GARIN, PC

/s/ Siria L. Gutierrez

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 006653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Attorney for BLUE GRACE LOGISTICS, LLC

Dated this 3rd day of March 2015

MILLS & ASSOCIATES

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Attorney for Defendant
CENTRAL TRANSPORT, LLC,
d/b/a CENTRAL TRANSPORT

**ORDER**

IT IS SO ORDERED this 6th day of March 2015.

_____
MAGISTRATE JUDGE

