*JOINTLY SUMBITTED*



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANUS CABINETS DESIGNS, INC. a Nevada Corporation, | CASE NO: 2:14-cv-00059-GMN-VCF |
| Plaintiff, | |
| vs. | |
| CENTRAL TRANSPORT, LLC, d/b/a CENTRAL TRANSPORT, a Limited Liability Company, BLUE GRACE LOGISTICS, LLC, A Limited Liability Company, DOE CORPORATIONS I through XX, | |
| Defendants. | |

## JOINT STATEMENT

Pursuant to this Court's February 19, 2015, Minute Order [59], and Order Granting Additional Time [61], the parties submit the following Joint Statement:

The parties have been in settlement discussions. The parties have yet to reach a resolution. However, they have not reached an impasse either.

///

///

///

///



1  The parties request an additional two weeks until April 2, 2015, to submit a Joint
2  Statement regarding the status of these ongoing discussions.

3  Dated this 19th day of March 2015          Dated this 19th day of March 2015

4  LIPSON, NEILSON, COLE,                    MILLS & ASSOCIATES
5  SELTZER, GARIN, PC

6  /s/ Siria L. Gutierrez, Esq.              /s/ Michael C. Mills

JOSEPH P. GARIN, ESQ.                        MICHAEL C. MILLS, ESQ.
Nevada Bar No. 006653                        Nevada Bar No. 003534
SIRIA L. GUTIERREZ, ESQ.                     3650 N. Rancho Dr., Ste. 114
Nevada Bar No. 11981                         Las Vegas, NV  89130
9900 Covington Cross Drive, Suite 120        Attorney for Defendant
Las Vegas, NV 89144                          CENTRAL TRANSPORT, LLC,
Attorney for BLUE GRACE                      d/b/a CENTRAL TRANSPORT
LOGISTICS, LLC

## ORDER

IT IS SO ORDERED this 20th day of March 2015.

_____
MAGISTRATE JUDGE